| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00356 AWI DLB |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: March 26, 2012 |
| ALBERT MATTHEW AMEZCUA-OCHOA, | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: Hon. Dennis L. Beck |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 13, 2012, **may be continued to March 26, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The government has just provided defense counsel with an offer and defense needs additional time to review the offer with client as I will be out of the office for two days this week. Defense also has investigation ongoing and needs the requested time to complete it. The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 7, 2012                By:   /s/ Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

DATED: February 7, 2012                By:   /s/ Charles J. Lee
                                                           CHARLES J. LEE
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           ALBERT MATTHEW AMEZCUA-OCHOA

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   February 8, 2012

                                                           CHIEF UNITED STATES DISTRICT JUDGE