DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERT MATTHEW AMEZCUA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00356 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE: April 23, 2012 |
| ALBERT MATTHEW AMEZCUA-OCHOA, ) | TIME: 1:00 P.M. |
| ) | JUDGE: Hon. Dennis L. Beck |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 26, 2012, **may be continued to April 23, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel because counsel needs additional time for further plea negotiation and defense preparation prior to the hearing. The requested continuance is with the intention of conserving time and resources for both parties and the court. Assistant United States Attorney Kimberly Sanchez has no objection to this request.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2012         By:  /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 23, 2012         By:  /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ALBERT MATTHEW AMEZCUA-OCHOA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  March 23, 2012**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE